UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20264-SCOLA/OTAZO REYES

CAPTEN TRADING LTD.,

    Plaintiff,

vs.

BANCO SANTANDER INTERNATIONAL

    Defendant.

_____/

## STIPULATION

The Plaintiff, CAPTEN TRADING LTD ("Capten") and the Defendant, BANCO SANTANDER INTERNATIONAL ("BSI"), stipulate and agree as follows:

1. On March 29, 2018, the Court entered an order granting BSI's motion for summary judgment (the "Order"). [ECF No. 71]

2. On April 2, 2018, the Court entered judgment in BSI's favor and against Capten (the "Judgment"). [ECF No. 72]

3. In consideration of the agreements and mutual undertakings set forth in this stipulation, BSI and Capten agree as follows:

    a. Capten (a) waives any right to appeal the Order and/or the Judgment or any other matter in this action, (b) agrees not to appeal the Order and/or the Judgment or any other matter in this action, (c) waives any right to seek any relief under Federal Rules of Civil Procedure 59 and/or 60, and (d) agrees not to seek any relief under Federal Rules of Civil Procedure 59 and/or 60.

MIA_ACTIVE 4731587.1

      b.    BSI waives any right to any recovery of attorneys' fees and costs in this action and agrees not to seek any recovery of any attorneys' fees and costs in this action.

4.    Undersigned counsel represent that they have conferred with their respective clients with respect to this stipulation and that they are authorized to enter into this stipulation on behalf of their respective clients and to file it with the Court.

Respectfully Submitted,

| | |
|---|---|
| Richard J. Diaz, P.A. | Gunster, Yoakley & Stewart, P.A. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 3127 Ponce de Leon Boulevard | 600 Brickell, Suite 3500 |
| Coral Gables, FL 33134 | Miami, FL 33131-1897 |
| Phone: (305) 444-7181 | Phone: (305) 376-6000 |
| Fax: (305) 444-8178 | Fax: (305) 376-6010 |
| | |
| By: /s/ Richard J. Diaz | By: /s/ Clinton R. Losego |
| Richard J. Diaz, Esq. | Clinton R. Losego, Esq. |
| Florida Bar No. 767697 | Florida Bar No. 818054 |
| rick@rjdpa.com | closego@gunster.com |